POWELL, Appellant, *v.* RUSSELL, Respondent.

*(Supreme Court, General Term, Fourth Department.  May 2, 1890.)*

No opinion.   Order affirmed, with $10 costs and disbursements.

---

MILLER, Respondent, *v.* NEW JERSEY STEAM-BOAT Co., Appellant.

*(Supreme Court, General Term, First Department.  June 6, 1890.)*

No opinion.   Motion denied, with $10 costs to respondent, to abide event of appeal.